Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    **FORM 3**

> **ATC Tires Private Ltd.**
>
>                                     **Plaintiff,**
>
>     **v.**
>
> **UNITED STATES,**
>
>                                     **Defendant.**

**S U M M O N S**
**Court No. 26-02810**

**TO:**    The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Gina Justice**
Clerk of the Court

1.    ATC Tires Private Ltd. ("ATC") is a foreign producer of subject merchandise. ATC was a party to the administrative review now being challenged. Plaintiffs are interested parties within the meaning of Section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9). Accordingly, ATC has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
_____
(Name and standing of plaintiff)

2.    Plaintiff contests the U.S. Department of Commerce's final determination as published in Certain New Pneumatic Off-the-Road Tires From India: Final Results of Countervailing Duty Administrative Review; 2023, 91 Fed. Reg. 13,285 (Dep't Commerce, March 19, 2026).
_____
(Brief description of contested determination)

3.    March 19, 2026
_____
(Date of determination)

4.    91 Fed. Reg. 13,285 (Dep't Commerce, March 19, 2026)
_____
(If applicable, date of publication in Federal Register of notice of contested determination)

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

/s/ Eric C. Emerson
_____
Signature of Plaintiff's Attorney

04/17/2026
_____
                    Date

> Eric C. Emerson
> Steptoe LLP
> 1330 Connecticut Avenue, NW
> Washington, DC 20036-1795
> (202) 429-3000
> eemerson@steptoe.com

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)