**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE**

ATC TIRES PRIVATE LTD.,

                        Plaintiffs,

       v.

UNITED STATES,

                        Defendant,               Court No. 26-02810

        and

TITAN TIRE CORPORATION

                       Defendant-Intervenor.

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

The above-captioned action challenges the Department of Commerce's final countervailing duty determination in *Certain New Pneumatic Off-the-Road Tires From India: Final Results of Countervailing Duty Administrative Review; 2023*, 91 Fed. Reg. 13,285 (Dep't of Commerce, Mar. 19, 2026) ("Final Results").

Pursuant to Rule 56.2(a) of the Rules of the United States Court of International Trade, Plaintiff, ATC Tires Private Ltd. ("ATC"); Defendant, United States; and Defendant-Intervenor, Titan Tire Corporation ("Titan") respectfully submit this Joint Status Report and Proposed Briefing Schedule.

**I.     Joint Status Report**

Below, the parties address the matters enumerated in Rule 56.2(a) of the Rules of the United States Court of International Trade.

1.    **Does the Court have jurisdiction over the action?**

ATC agrees that the Court has exclusive jurisdiction over this action pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I), (a)(2)(B)(iii) and 28 U.S.C. § 1581(c).   Defendant and Defendant-Intervenor are unaware of any basis upon which to challenge jurisdiction at this time.

2.    **Should the case be consolidated with any other case or should any portion of the case be severed, and the reasons for such severance.**

No.  All parties agree that this case should not be consolidated with any other case and that no portion of the case should be severed.

3.    **Should further proceedings in this case be deferred pending consideration of another case before the court or any other tribunal and the reasons for such deferral?**

No.  All parties agree that there are no other cases pending consideration that would warrant a deferral for this case.

4.    **Should the court be aware of any other information at this time?**

The parties are unaware of any other information of which the Court should be aware of at this time.

II.    **Proposed Briefing Schedule**

The parties jointly, respectfully propose the following briefing schedule for motions for judgment on the agency record pursuant to Rule 56.2 of the Rules of the U.S. Court of International Trade:

| | |
|---|---|
| October 22, 2026: | Plaintiff's motion for judgment on the agency record and accompanying brief |
| January 20, 2027: | Defendant's response brief |
| February 19, 2027: | Defendant-Intervenor's response brief |

March 19, 2027:                Plaintiff's reply brief

April 2, 2027:                 Joint appendix

April 9, 2027:                 Motion for oral argument

The parties agree concerning the word limitations set forth in the Court's Standard Chambers Procedures: Plaintiff's opening and Defendant's response briefs must not exceed 14,000 words, and Plaintiffs' reply brief must not exceed 7,000 words.  Additionally, the parties agree that Defendant-Intervenor's response brief shall not exceed 7,000 words.  A proposed scheduling order is attached.

Respectfully submitted,

Dated:    July 24, 2026              STEPTOE LLP

By:        /s/ Eric C. Emerson
           _____
                Eric C. Emerson

1330 Connecticut Ave, N.W.
Washington, D.C.  20036
eemerson@steptoe.com
(202)  429- 8076

*Attorneys  for  ATC Tires Private Ltd.*

Dated:    July 24, 2026              BRETT A. SHUMATE
                                     Assistant Attorney General

                                     PATRICIA M. McCARTHY
                                     Director

                                     FRANKLIN E. WHITE, JR.
                                     Assistant Director

By:        /s/ An Hoang
           _____
                An Hoang

U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
An.Hoang@usdoj.gov
(202) 616-3226

*Attorneys for Defendant*

Dated:    July 24, 2026              BUTZEL LONG, P.C.

By:        /s/ Jennifer M. Smith-Veluz

                    Jennifer M. Smith-Veluz

1909 K Street, N.W.
Suite 860
Washington, D.C. 20006
smithveluz@butzel.com
(202) 454-2800

*Attorneys for Titan Tire Corporation*

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE**

| | |
|---|---|
| ATC TIRES PRIVATE LTD., | |
| Plaintiffs, | |
| v. | |
| UNITED STATES, | Court No. 26-02810 |
| Defendant, | |
| and | |
| TITAN TIRE CORPORATION | |
| Defendant-Intervenor. | |

**PROPOSED ORDER REGARDING BRIEFING SCHEDULE**

Upon consideration of the parties' proposed briefing schedule and all other papers and proceedings herein, it is hereby ORDERED that:

1.    Plaintiff shall file its motion for judgment on the agency record and accompanying brief by October 22, 2026.

2.    Defendant shall file its response brief by January 20, 2026.

3.    Defendant-Intervenor shall file its response brief by February 19, 2027.

4.    Plaintiff shall file its reply brief by March 19, 2027.

5.    Plaintiff shall file the joint appendix by April 2, 2027.

6.    Any motion for oral argument shall be filed by April 9, 2027.

The Clerk of the Court is directed to forward copies of this scheduling order to counsel for all parties.

_____

The Honorable Mark A. Barnett
U.S. Court of International Trade

Dated: _____