**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE MARK. A. BARNETT, CHIEF JUDGE**

| | |
|---|---|
| ATC TIRES PRIVATE LTD.<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant,<br>and<br>TITAN TIRE CORPORATION<br>Defendant-Intervenor. | Court No. 26-02810 |

**ORDER**

Upon consideration of the Motion for Judgment on the Agency Record filed by Plaintiff, ATC Tires Private Ltd., pursuant to Rule 56.2 of the Rules of the United States Court of International Trade, and all other papers and proceedings herein, it is hereby:

ORDERED that Plaintiff's Rule 56.2 Motion for Judgment on the Agency Record is granted; and it is further

ORDERED that the Final Results of the 2023 Administrative Review of Certain New Pneumatic Off-the-Road Tires from India, published in 91 Fed. Reg. 13,285 (Mar. 19, 2026), and the Amended Final Results, published in 91 Fed. Reg. 23,063 (Apr. 29, 2026) issued by the Department of Commerce, is remanded to the Department of Commerce for disposition in a manner consistent with the judgment of this Court.

SO ORDERED.

Dated: ____________________, 2026
New York, New York

__________________________
Mark A. Barnett, Chief Judge